# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129794

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SCOTT RAY MORI,
      Defendant-Appellant.

SC: 129794
COA: 264430
Bay CC: 03-010612-FH,
04-010059-FH

_____/

      On order of the Court, the application for leave to appeal the September 14, 2005 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Bay Circuit Court to resentence defendant within the sentencing guidelines range for defendant's absconding conviction or for articulation of substantial and compelling reasons for departing from the guidelines range. MCL 769.34(11). In all other respects the application is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2005

_____
Clerk

d1219